IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | SEALED |
| vs. | 4:25CR3066 |
| KAREEM AL-BASAM, aka KAREEM AL BASAM, | INDICTMENT<br>21 U.S.C. § 841(a)(1), 841(b)(1) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about June 24, 2024, in the District of Nebraska, Defendant KAREEM AL-BASAM, aka KAREEM AL BASAM, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, its isomers, esters, ethers, salts, and salts of isomers, esters and ethers, a Schedule II controlled substance, which resulted in the serious bodily injury of the following person: TED.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
CHRISTOPHER J. HARROUN, #26800
Assistant United States Attorney